# Exhibit F

# to

# Kortek's Complaint for Patent Infringement

# Claim Chart for the '377 Patent

| US Patent No. 9,465,377, Exemplary Claim 1* | Ferguson Enterprises, LLC's Accused Products: F768L-BNW/CL, F768L-BNW/DK, F768L-BNW/NVY, F768L-LBR/WCD, F763L-DB/WTO, F763L-LBR/CL, F468L-CL, F468L-LBR/WHF, F468L-WHF, F668L-DB/WTO, F668L-LBR/WHF, F762L-BN/DK, F762L-CL/SSB, F762L-DB/WTO, F762L-LBR/CL, F763L-BN/DK, F763L-CL/SSB, F897L-BNW/CL, F897L-CL, F897L-WHF, F636L-BN/SL, F636L-CL , F636L-WHF, F638L-BN/SL, F638L-CL, F638L-WHF, F668L-LBR/CL, F692L-BN/SL, F692L-CL, F692L-WHF, F781L-BNW, F781L-WHF, F781L-CL, F782L-WHF, F754L-KA, F782L-CL, F754L-BNW, F868L-SBR/WHF, F678L-DK, F678L-WHF, F678L-GRY, F678L-CL, F742L-BNK, F865L-CL/SG, F865L-HBZ, F742L-SBR, F1001-CL, F803DL-CL, F803DL-TL, F803DL-WH, F803DL-DK, F803DL-LN, F803DL-MP, F864L-BNK, F864L-CL/SG, F864L-HBZ, F868L-BN, F868L-CL/CL, F868L-ORB, F868L-WHF, F870L-BS, F870L-ORB, F870L-TCL, F870L-TW, F465L-CL, F465L-ORB, F465L-WH, F467L-BNW, F467L-CL, F467L-ORB, F467L-WH, F742L-CL/SG, F771L-BN/SL, F771L-BN/WH, F754L-WHF, F747L-HBZ/MP, F747L-HBZ/AW, F747L-BN/CL, F1001-BN, F1001-BNK, F1001-HBZ, F1001-ORB, F1001-WH |
|---|---|

\* Kortek provides this exemplary claim chart for the purposes of showing one basis of infringement of the Kortek Patents by Ferguson Enterprises, LLC's Accused Products as defined in the Complaint at ¶ 25. This exemplary claim chart addresses the Accused Products broadly based on the fact that the Accused Products infringe in the same general way. Kortek reserves its right to amend and fully provide its infringement arguments and evidence thereof until its Infringement Contentions are later produced according to the court's Scheduling Order in this case. The Accused Products are offered for sale and sold by Ferguson Enterprises, LLC, including through its Ferguson Home e-commerce platform (formerly Build.com). See, e.g.,
https://www.fergusonhome.com/minkaaire-molino/s1761425 (Ferguson Home listing for the accused Minka-Aire Molino F742L-BNK Smart ceiling fan);
https://www.fergusonhome.com/minkaaire-windmolen/s1636545 (accused F870L-BS);
https://www.fergusonhome.com/minkaaire-barn/s1649357 (accused F864L-BNK) (each last visited August 11, 2026). Each Accused Product incorporates the same Olibra "Smart by Bond" Wi-Fi module and infringes in the same general way.

| US Patent # 9,465,377 Claim 1 | |
|---|---|
| A power control device for controlling an electrical apparatus through a peer-to-peer link with a controller so as to control a supply of electricity to the electrical apparatus, the controller having a processor, a memory, a user interface, and a wireless communications transceiver, said device comprising: | To the extent that the preamble is a limitation, Minka Aire Nauticus F768L-BNW/CL is a Wi-Fi ceiling fan that contains a power control device: https://d11ijat5yj4icx.cloudfront.net/product_specs/f768l-bnw-cl.pdf?v=1771464186 (last visited August 11, 2026)<br><br>**Nauticus 65" LED Smart Indoor/Outdoor Ceiling Fan**<br><br>Item #: F768L-BNW/CL<br>UPC Code: 706411071706<br>Collection: Nauticus<br>Category: Fan<br>Product Type: Fan<br>Subtype: Ceiling Fan<br>Descriptive Finish 1: Brushed Nickel Wet With Coal Blades<br>ETL Certificate: 3064964<br>FCC ID: Y7ZDL8101T<br>Warranty Text: 1 year–limited manufacturer's warranty.<br><br> Integrated SmartControl<br> Bond Compatible<br> LED<br> Energy Efficient<br><br>Minka Aire state that the Minka Aire product is Wi-Fi enabled: https://www.minka.com/F768L-BNW/CL.html (last visited August 11, 2026)<br><br>**SMART FAN FEATURES**<br>No Hub Required * No hardware to install<br>WiFi Enabled * Controls lights & fan speeds<br>Control as many fans as you need<br>Full control away from home<br><br>Easy to use iOS & Android App<br><br>Wi-Fi is a wireless communications technology.<br><br>The Minka Aire product contains a receiver: https://www.minka.com/images/instruction-manuals/F768L-English.pdf (last visited August 11, 2026) |

Step 1: Insert the receiver unit into the hanger bracket with the flat side of the receiver facing the ceiling.(Fig.14)

Step 2: Motor to Receiver electrical connections: connect the WHITE wire from the fan to the WHITE wire from receiver. Connect the RED wire from the fan to the RED wire from the Receiver. Connector the BLUE wire from the fan to the BLUE wire from the receiver. Connect the PURPLE wire from the fan to the PURPLE wire from the receiver. Connect the GREY wire from the fan to the GREY wire from the receiver.(Fig.15)

Step 3: If your outlet box has a GROUND wire (Green or Bare Copper) connect this wire to the Hanger ball, Hanger bracket and receiver Ground wires. If your outlet box does not have a Ground Wire ,then connect the Hanger ball, Hanger bracket and receiver Ground wire together.Secure wire connection with the plastic wire nut provided.(Fig.15)

Step 4: Receiver to House Supply Wires Electrical connections: Connect the WHITE wire from the outlet box to the WHITE wire marked "AC in N" from the receiver. Connect the BLACK wire from the outlet box to the BLACK wire marked "AC in L" from the receiver. Secure all wire connections with the plastic wire nuts provided. After all splices are made, check to make sure there are no loose strands. As an additional precaution we suggest to secure the plastic wire connectors to the wires with electrical tape.(Fig.15)

WARNING: Changes or modifications not expressly approved by the party responsible for compliance could viod the user's authority to operate the equipment.



Fig.14



Fig.15

Receivers are power control devices that control voltage, regulate motor speed and turn fans on and off: https://orpatgroup.com/blogs/how-does-ceiling-fan-remote-control-work/? (last visited August 11, 2026)

The receiver is one of the most important parts of a remote-controlled ceiling fan. It is connected to the fan motor and power supply, controlling voltage, regulating motor speed that turns on and off fan using timer and sleep mode.

The Minka Aire product contains a fan motor and light: https://d11ijat5yj4icx.cloudfront.net/product_specs/f768l-bnw-cl.pdf?v=1771464186 (last visited August 11, 2026)

## LAMPING

| | |
|---|---|
| Light Type 1: | LED |
| LED: | Yes |
| Bulb Base 1: | Integrated |
| Bulb Type 1: | Integrated LED |
| Bulb Included: | No |
| Bulb Wattage: | 20 |
| Bulb Total Wattage: | 20 |
| Dimmable: | Yes |
| Voltage: | 120 |
| Initial Lumens: | 1607.1 |
| Delivered Lumens: | 1253.8 |
| Bulb Color Temperature: | 3000 |
| Color Rendering Index: | 90 |
| Rated Life Hours: | 30000 |
| Light Kit Compatible: | No |
| Light Kit Included: | Yes |

**MEASUREMENTS**

| | |
|---|---|
| Length: | 65.00 |
| Width: | 65.00 |
| Height: | 20.00 |
| Product Weight: | 16.09 |
| Ceiling to Blade: | 12.10 |
| Ceiling to Lowest Point: | 20.00 |
| Downrod Included: | Yes |
| Downrod Length 1: | 6.00 |
| Downrod Width 1: | 0.75 |
| Wire Length: | 80 |
| Blade Finish: | Coal Black |
| Blade Material: | ABS |
| Slope: | Yes |
| Reversible Rotation: | Yes |
| Number of Blades: | 3 |
| Blade Pitch: | 14 |
| Blade Sweep: | 65 |
| Reversible Blades: | No |
| Number of Speeds: | 6 |
| Motor Size: | 120x25mm |
| Motor Type: | DC |

The receiver power control device controls the supply of electricity to the fan motor. The fan motor is an electrical apparatus.  The receiver power control device controls the supply of electricity to the light. The light is an electrical apparatus.

Minka Aire indicate that the Minka Aire product can be controlled using a smartphone: https://www.minka.com/minka-aire/ (last visited August 11, 2026)



The image depicts a smartphone configured with the app used to control the Minka Aire product.

Minka Aire publish an instruction manual on installation and use of the Minka Aire product. In that instruction manual, Minka Aire promotes the Bond Home app as being the appropriate app for use with the Minka Aire product. Minka Aire further state that the Bond Home app is available "o*n the Google and Apple Play Store*": https://www.minka.com/images/instruction-manuals/F768L-English.pdf (last visited August 11, 2026)

# ENJOY YOUR SMART CEILING FAN

NOTE: Before moving on to learning about your new smart ceiling fan, please be sure to test all your fans functionalities using your remote control first.

To enjoy all the potential of your new ceiling fan. You'll need to dowload the BOND HOME app. Available on the Google and Apple Play Store.

You can use the QR code shown in (Fig. 32) to download the app, or you can download the app by visiting https: //bondhome_io / app and follow the prompts.

NOTE: Please turn to our "Troubleshooting section" for additional information on your Smart Ceiling Fan.

Apps available on Apple Store and Google Play are installed on mobile devices using an iOS or Android operating system. Mobile devices capable of running iOS or Android are commonly referred to as smartphones or tablets. Smartphones, tablets and other similar devices are controllers that have a processor, user interface, memory, and a wireless communications transceiver.

Minka Aire indicate that a smartphone configured with the Bond Home app can control the Minka Aire product: "*Controls lights & fan speeds*": https://www.minka.com/F768L-BNW/CL.html (last visited August 11, 2026)

### SMART FAN FEATURES
No Hub Required * No hardware to install
WiFi Enabled * Controls lights & fan speeds
Control as many fans as you need
Full control away from home



Easy to use
iOS & Android App

A smartphone configured with the Bond Home app can control the Minka Aire product's fan on/off and speed, and light on/off and brightness: https://play.google.com/store/apps/details?id=io.olibra.bondapp&hl=en_US (last visited August 11, 2026)



The image depicts a smartphone configured with the Bond Home app used to control the Minka Aire product. In order to turn the Minka Aire product's fan or light on or off with a smartphone, the Minka Aire product must be configured to control the supply of electricity to the fan motor electrical apparatus and light electrical apparatus.

A smartphone configured with the Bond Home app can schedule the Minka Aire product's fan: https://play.google.com/store/apps/details?id=io.olibra.bondapp&hl=en_US (last

visited August 11, 2026)



The image depicts a smartphone configured with the Bond Home app used to control the Minka Aire product showing the ability to program timers for 1 hour, 3 hours and 6 hours after which the fan will turn off. In order to provide the ability to program timers, the Minka Aire product must be configured to control the supply of electricity to the fan motor electrical apparatus.

Minka Aire publish an instruction manual on installation and use of the Minka Aire product. In that instruction manual, Minka Aire promotes the Bond Home app as being the appropriate app for use with the Minka Aire product. https://www.minka.com/images/instruction-manuals/F768L-English.pdf (last visited August 11, 2026)

# ENJOY YOUR SMART CEILING FAN

NOTE: Before moving on to learning about your new smart ceiling fan, please be sure to test all your fans functionalities using your remote control first.

To enjoy all the potential of your new ceiling fan. You'll need to dowload the BOND HOME app. Available on the Google and Apple Play Store.

You can use the QR code shown in (Fig. 32) to download the app, or you can download the app by visiting https: //bondhome_io / app and follow the prompts.

NOTE: Please turn to our "Troubleshooting section" for additional information on your Smart Ceiling Fan.

Instructions for setting up the Bond Home app are published on the www.bondhome.io website. Setup instructions detail how to establish a peer-to-peer link between the Minka Aire product and a smartphone: https://olibra.zendesk.com/hc/en-us/articles/360055398992--APP-Setting-up-your-device-with-the-Bond-Home-application (last visited August 11, 2026) (The step-by-step setup instructions formerly available at this URL are now published at https://olibra.zendesk.com/hc/en-us/articles/360028125991--SBB-Smart-By-Bond-Set-Up-Guide, and are archived at https://web.archive.org/web/20250804194414/https://olibra.zendesk.com/hc/en-us/articles/360028125991--SBB-Smart-By-Bond-Set-Up-Guide (both last visited August 11, 2026).)

1. Open the BOND application.

2. If you already have a BOND account, simply log in and continue to the next step. If you do not have a BOND account press "Create account" and enter your name, email, and password.



3. Select **+** to add a device



4. If you have a QR on your product Select QR at the bottom.  This will bring you to step 7.

5. If not using the QR code, Select Ceiling Fan



6. Choose **Yes, my device is Smart by Bond**.



7. Select the Bond powered fan in the **Android** version.  The Fan id is the serial number for the fan and will start with the letter K.

   1. For **iOS** - go into Wifi settings and select the Bond Config WiFi (starts with K).
      (Note: When your iOS device is connected to the Bond Config WiFi network, it is normal for it to display a message indicating that there is "*no internet connection*.")

   2. Go back to the Bond Home application.



8. Once the BOND application connects to the fan, select **CONTINUE** to proceed.

1. If you are asked for a pin, please enter the 4-digit pin which may be located in the manual, or press and hold Power or stop on the associated remote for 6 seconds.



9. If there is a Firmware Update message, select Update to perform the update.

10. Test the fan functions.

1. You have the option to disable the light function if your fan does not have a light.



11. Select **YES, IT WORKS**.

| | The setup instructions at **Step 5** prompt a user to add a new device by selecting the type of device to be configured – being  "*ceiling fan*". **Step 7.1** directs a user to enter the smartphone's Wi-Fi settings and choose a specific Wi-Fi network to connect to: "*go into WiFi settings and select the Bond Config WiFi (starts with K)*". The available "*Bond Config WiFi*" network indicates that the Minka Aire product has been configured to simulate a Wi-Fi network access point. By simulating a network access point, the Minka Aire product does not provide the connected controller with access to a local area network or the internet while operating in this mode. This is confirmed in **Step 7.1** which states "*When your iOS device is connected to the Bond Config WiFi network, it is normal for it to display a message indicating that there is "no internet connection*"". Connecting to the "*Bond Config WiFi*" network establishes a peer-to-peer link between the smartphone and the Minka Aire product without using an intermediary.<br><br>**Step 8** further confirms the establishment of peer-to-peer link without using an intermediary by stating: "*Once the BOND application connects to the fan, select CONTINUE to proceed*". **Step 10** prompts a user to "*test the fan functions*" to ensure that a peer-to-peer link between the smartphone and Minka Aire product has been established: "*Try the controls below and check if your fan responds*". **Step 10** further indicates that a user should click the "*YES IT WORKS*" button if the user is able to toggle the light or fan on and off using the buttons on the Bond Home app. The ability to toggle the light or fan on and off after completion of the preceding process, and the requirement to confirm the same is possible, indicates the establishment of a peer-to-peer link that did not previously exist.<br><br>Minka Aire state that the Minka Aire product does not require a hub to operate: "No Hub Required": https://www.minka.com/F768L-BNW/CL.html (last visited August 11, 2026)<br><br><br>SMART FAN FEATURES<br>No Hub Required * No hardware to install<br>WiFi Enabled * Controls lights & fan speeds<br>Control as many fans as you need<br>Full control away from home<br><br>Easy to use<br>iOS & Android App |
|---|---|
| a microprocessor having a memory; | The Minka Aire product is a complex electronic device. Complex electronic devices require a microprocessor with memory to store and run the firmware required to perform the device's desired functions.  See also FCC ID 2AME8EMB1KU, the FCC equipment authorization for the Olibra LLC ("Bond") Wi-Fi/Bluetooth module embedded in Smart by Bond products, the internal photographs and test reports for which are publicly available: https://fcc.report/FCC-ID/2AME8EMB1KU (last visited August 11, 2026)<br><br>Minka Aire product is a smart ceiling fan: https://d11ijat5yj4icx.cloudfront.net/product_specs/f768l-bnw-cl.pdf?v=1771464186 (last visited August 11, 2026) |

## Nauticus 65" LED Smart Indoor/Outdoor Ceiling Fan



Integrated SmartControl



Bond Compatible

| | |
|---|---|
| Item #: | F768L-BNW/CL |
| UPC Code: | 706411071706 |
| Collection: | Nauticus |
| Category: | Fan |
| Product Type: | Fan |
| Subtype: | Ceiling Fan |
| Descriptive Finish 1: | Brushed Nickel Wet With Coal Blades |
| ETL Certificate: | 3064964 |
| FCC ID: | Y7ZDL8101T |
| Warranty Text: | 1 year–limited manufacturer's warranty. |



LED



Energy Efficient

Minka Aire state that the Minka Aire product is Wi-Fi enabled: https://www.minka.com/F768L-BNW/CL.html (last visited August 11, 2026)

### SMART FAN FEATURES
No Hub Required * No hardware to install
WiFi Enabled * Controls lights & fan speeds
Control as many fans as you need
Full control away from home



Easy to use
iOS & Android App

Wi-Fi is a wireless communications technology.

Minka Aire indicate that the Minka Aire product can be controlled using a smartphone: https://www.minka.com/minka-aire/ (last visited August 11, 2026)



The image depicts a smartphone configured with the Bond Home app used to control the Minka Aire product and states it is possible to control the Minka Aire product "*over WiFi*". In order for a smartphone to connect to the Minka Aire product via Wi-Fi, the Minka Aire product must be configured with a microprocessor having a memory used to operate its Wi-Fi communications. The absence of this would render the product incapable of communicating via Wi-Fi.

A smartphone configured with the Bond Home app can schedule the Minka Aire product's fan: https://play.google.com/store/apps/details?id=io.olibra.bondapp&hl=en_US (last visited August 11, 2026)



The image depicts a smartphone configured with the Bond Home app used to control the Minka Aire product showing the ability to program timers for 1 hour, 3 hours and 6 hours after which the fan will turn off. In order to action timing schedules set using the Bond Home app, the Minka Aire product must contain a microprocessor having a memory to store and run the scheduling as programmed.

| a power control circuit configured to | The Minka Aire product contains a power control circuit configured to implement a command from the microprocessor to vary the supply of electricity to the fan motor electrical apparatus and light |

| | |
|---|---|
| implement a command from said microprocessor to vary the supply of electricity to the electrical apparatus; and | electrical apparatus.<br><br>Minka Aire product is a smart ceiling fan: https://d11ijat5yj4icx.cloudfront.net/product_specs/f768l-bnw-cl.pdf?v=1771464186 (last visited August 11, 2026)<br><br>### Nauticus 65" LED Smart Indoor/Outdoor Ceiling Fan<br><br><br><br>| Item #: | F768L-BNW/CL |<br>|---|---|<br>| UPC Code: | 706411071706 |<br>| Collection: | Nauticus |<br>| Category: | Fan |<br>| Product Type: | Fan |<br>| Subtype: | Ceiling Fan |<br>| Descriptive Finish 1: | Brushed Nickel Wet With Coal Blades |<br>| ETL Certificate: | 3064964 |<br>| FCC ID: | Y7ZDL8101T |<br>| Warranty Text: | 1 year–limited manufacturer's warranty. |<br><br>Integrated SmartControl<br>Bond Compatible<br>LED<br>Energy Efficient<br><br>The Minka Aire product contains a receiver: https://www.minka.com/images/instruction-manuals/F768L-English.pdf (last visited August 11, 2026)<br><br> <br><br>Receivers are power control devices that control voltage, regulate motor speed and turn fans on and off: https://orpatgroup.com/blogs/how-does-ceiling-fan-remote-control-work/? (last visited August 11, 2026)<br><br>The receiver is one of the most important parts of a remote-controlled ceiling fan. It is connected to the fan motor and power supply, controlling voltage, regulating motor speed that turns on and off fan using timer and sleep mode.<br><br>The Minka Aire product contains a fan motor and light: https://d11ijat5yj4icx.cloudfront.net/product_specs/f768l-bnw-cl.pdf?v=1771464186 (last visited August 11, 2026) |

## LAMPING

| | |
|---|---|
| Light Type 1: | LED |
| LED: | Yes |
| Bulb Base 1: | Integrated |
| Bulb Type 1: | Integrated LED |
| Bulb Included: | No |
| Bulb Wattage: | 20 |
| Bulb Total Wattage: | 20 |
| Dimmable: | Yes |
| Voltage: | 120 |
| Initial Lumens: | 1607.1 |
| Delivered Lumens: | 1253.8 |
| Bulb Color Temperature: | 3000 |
| Color Rendering Index: | 90 |
| Rated Life Hours: | 30000 |
| Light Kit Compatible: | No |
| Light Kit Included: | Yes |

## MEASUREMENTS

| | |
|---|---|
| Length: | 65.00 |
| Width: | 65.00 |
| Height: | 20.00 |
| Product Weight: | 16.09 |
| Ceiling to Blade: | 12.10 |
| Ceiling to Lowest Point: | 20.00 |
| Downrod Included: | Yes |
| Downrod Length 1: | 6.00 |
| Downrod Width 1: | 0.75 |
| Wire Length: | 80 |
| Blade Finish: | Coal Black |
| Blade Material: | ABS |
| Slope: | Yes |
| Reversible Rotation: | Yes |
| Number of Blades: | 3 |
| Blade Pitch: | 14 |
| Blade Sweep: | 65 |
| Reversible Blades: | No |
| Number of Speeds: | 6 |
| Motor Size: | 120x25mm |
| Motor Type: | DC |

In order for it to be possible to control the operation of the Minka Aire product, including "*regulating motor speed that turns on and off fan*", the receiver of the Minka Aire product must contain power control circuits that control the supply of electricity to the fan motor and light. The fan motor and light are electrical apparatus.

Minka Aire publish an instruction manual on installation and use of the Minka Aire product. In that instruction manual, Minka Aire promotes the Bond Home app as being the appropriate app for use with the Minka Aire product": https://www.minka.com/images/instruction-manuals/F768L-English.pdf (last visited August 11, 2026)

# ENJOY YOUR SMART CEILING FAN

NOTE: Before moving on to learning about your new smart ceiling fan, please be sure to test all your fans functionalities using your remote control first.

To enjoy all the potential of your new ceiling fan. You'll need to dowload the BOND HOME app. Available on the Google and Apple Play Store.

You can use the QR code shown in (Fig. 32) to download the app, or you can download the app by visiting https: //bondhome_io / app and follow the prompts.

NOTE: Please turn to our "Troubleshooting section" for additional information on your Smart Ceiling Fan.

Minka Aire indicate that a smartphone configured with the Bond Home app can control the Minka Aire product: "*Controls lights & fan speeds*": https://www.minka.com/F768L-BNW/CL.html (last visited August 11, 2026)



## SMART FAN FEATURES
No Hub Required * No hardware to install
WiFi Enabled * Controls lights & fan speeds
Control as many fans as you need
Full control away from home

Easy to use
iOS & Android App

A smartphone configured with the Bond Home app can control the Minka Aire product's fan on/off and speed, light on/off and brightness, and program timers : https://play.google.com/store/apps/details?id=io.olibra.bondapp&hl=en_US (last visited August 11, 2026)



The image depicts a smartphone configured with the Bond Home app that shows an ability to turn the fan and light on/off and program timers for 1 hour, 3 hours and 6 hours after which the fan will turn off. In order for the Minka Aire product to execute instructions received from a smartphone in turning the fan and light on/off or running a programmed schedule, the power control circuit of the Minka Aire product must be configured to vary the supply of electricity to the fan motor and light electrical apparatus based on commands from a microprocessor in accordance with the instructions or programmed schedule received.

| a wireless communications transceiver operable for two-way, peer-to-peer communication with the controller, | The Minka Aire product includes a wireless communications transceiver operable for two-way, peer-to-peer communication with a smartphone (controller). The absence of a wireless communications transceiver would render the Minka Aire product incapable of communicating with a smartphone wirelessly. |
|---|---|

Minka Aire product is a smart ceiling fan: https://d11ijat5yj4icx.cloudfront.net/product_specs/f768l-bnw-cl.pdf?v=1771464186 (last visited August 11, 2026)

## Nauticus 65" LED Smart Indoor/Outdoor Ceiling Fan



Integrated SmartControl

| Item #: | F768L-BNW/CL |
|---|---|
| UPC Code: | 706411071706 |
| Collection: | Nauticus |
| Category: | Fan |
| Product Type: | Fan |
| Subtype: | Ceiling Fan |
| Descriptive Finish 1: | Brushed Nickel Wet With Coal Blades |
| ETL Certificate: | 3064964 |
| FCC ID: | Y7ZDL8101T |
| Warranty Text: | 1 year–limited manufacturer's warranty. |

Bond Compatible

LED
LED

Energy Efficient

Minka Aire state that the Minka Aire product is Wi-Fi enabled: https://www.minka.com/F768L-BNW/CL.html (last visited August 11, 2026)



### SMART FAN FEATURES
No Hub Required * No hardware to install
WiFi Enabled * Controls lights & fan speeds
Control as many fans as you need
Full control away from home

Easy to use
iOS & Android App

Wi-Fi is a wireless communications technology. In order to communicate via Wi-Fi, the Minka Aire product must contain a wireless communications transceiver.

Minka Aire publish an instruction manual on installation and use of the Minka Aire product. In that instruction manual, Minka Aire promotes the Bond Home app as being the appropriate app for use with the Minka Aire product. https://www.minka.com/images/instruction-manuals/F768L-English.pdf (last visited August 11, 2026)

# *ENJOY YOUR SMART CEILING FAN*

NOTE: Before moving on to learning about your new smart ceiling fan, please be sure to test all your fans functionalities using your remote control first.

To enjoy all the potential of your new ceiling fan. You'll need to dowload the BOND HOME app. Available on the Google and Apple Play Store.

You can use the QR code shown in (Fig. 32) to download the app, or you can download the app by visiting https: //bondhome_io / app and follow the prompts.

NOTE: Please turn to our "Troubleshooting section" for additional information on your Smart Ceiling Fan.

Instructions for setting up the Bond Home app are published on the www.bondhome.io website. Setup instructions detail how to establish a two-way peer-to-peer communications link between the Minka Aire product and a smartphone: https://olibra.zendesk.com/hc/en-us/articles/360055398992--APP-Setting-up-your-device-with-the-Bond-Home-application (last visited August 11, 2026) (The step-by-step setup instructions formerly available at this URL are now published at https://olibra.zendesk.com/hc/en-us/articles/360028125991--SBB-Smart-By-Bond-Set-Up-Guide, and are archived at https://web.archive.org/web/20250804194414/https://olibra.zendesk.com/hc/en-us/articles/360028125991--SBB-Smart-By-Bond-Set-Up-Guide (both last visited August 11, 2026).)

1. Open the BOND application.

2. If you already have a BOND account, simply log in and continue to the next step. If you do not have a BOND account press "Create account" and enter your name, email, and password.



3. Select **+** to add a device



4. If you have a QR on your product Select QR at the bottom.  This will bring you to step 7.

5. If not using the QR code, Select Ceiling Fan



6. Choose **Yes, my device is Smart by Bond**.



7. Select the Bond powered fan in the **Android** version.  The Fan id is the serial number for the fan and will start with the letter K.

   1. For **iOS** - go into Wifi settings and select the Bond Config WiFi (starts with K).
      (Note: When your iOS device is connected to the Bond Config WiFi network, it is normal for it to display a message indicating that there is "*no internet connection*.")

   2. Go back to the Bond Home application.



8. Once the BOND application connects to the fan, select **CONTINUE** to proceed.

   1. If you are asked for a pin, please enter the 4-digit pin which may be located in the manual, or press and hold Power or stop on the associated remote for 6 seconds.



9. If there is a Firmware Update message, select Update to perform the update.

10. Test the fan functions.

   1. You have the option to disable the light function if your fan does not have a light.



11. Select **YES, IT WORKS**.

| | |
|---|---|
| | The setup instructions detail how to connect to the Minka Aire product using a wireless communications transceiver operable for two-way, peer-to-peer communications with a smartphone. Smartphones, tablets and other similar devices are controllers.<br><br>The setup instructions at **Step 5** prompt a user to add a new device by selecting the type of device to be configured – being  "*ceiling fan*". **Step 7.1** directs a user to enter the smartphone's Wi-Fi settings and choose a specific Wi-Fi network to connect to: "*go into WiFi settings and select the Bond Config WiFi (starts with K)*". The available "*Bond Config WiFi*" network indicates that the Minka Aire product has been configured to simulate a Wi-Fi network access point. Connecting to the "*Bond Config WiFi*" network establishes a two-way peer-to-peer communications link between the smartphone and the Minka Aire product without using an intermediary. This is confirmed in **Step 7.1** which states "*When your iOS device is connected to the Bond Config WiFi network, it is normal for it to display a message indicating that there is "no internet connection""*.<br><br>**Step 8** further confirms the establishment of two-way peer-to-peer communications link without using an intermediary by stating: "*Once the BOND application connects to the fan, select CONTINUE to proceed*". **Step 10** prompts a user to "*test the fan functions*" to ensure that a two-way peer-to-peer communications link between the smartphone and Minka Aire product has been established: "*Try the controls below and check if your fan responds*". **Step 10** further indicates that a user should click the "*YES IT WORKS*" button if the user is able to toggle the light or fan on and off using the buttons on the Bond Home app. The ability to toggle the light or fan on and off after completion of the preceding process, and the requirement to confirm the same is possible, indicates the establishment of a two-way peer-to-peer communications link that did not previously exist. |
| said microprocessor being configured to open a peer-to-peer wireless communications link with the controller by either: simulating a network access point if said controller is an IEEE 802.11 network client device; or negotiating with said controller as to which of said microprocessor or said controller will assume a group owner role if said controller is an IEEE 802.11 device configured to utilize a peer-to-peer communications standard. | On information and belief, the Minka Aire product has a microprocessor configured to open a peer-to-peer wireless communications link with the controller by simulating a network access point if said controller is an IEEE 802.11 network client device.<br><br>Minka Aire product is a smart ceiling fan: https://d11ijat5yj4icx.cloudfront.net/product_specs/f768l-bnw-cl.pdf?v=1771464186 (last visited August 11, 2026)<br><br><br>**Nauticus 65" LED Smart Indoor/Outdoor Ceiling Fan**<br><br>Integrated SmartControl<br>Bond Compatible<br>LED<br>LED<br>Energy Efficient<br><br>Item #: F768L-BNW/CL<br>UPC Code: 706411071706<br>Collection: Nauticus<br>Category: Fan<br>Product Type: Fan<br>Subtype: Ceiling Fan<br>Descriptive Finish 1: Brushed Nickel Wet With Coal Blades<br>ETL Certificate: 3064964<br>FCC ID: Y7ZDL8101T<br>Warranty Text: 1 year–limited manufacturer's warranty.<br><br>Minka Aire state that the Minka Aire product is Wi-Fi enabled: https://www.minka.com/F768L-BNW/CL.html (last visited August 11, 2026) |



**SMART FAN FEATURES**
No Hub Required * No hardware to install
WiFi Enabled * Controls lights & fan speeds
Control as many fans as you need
Full control away from home

Easy to use
iOS & Android App

Wi-Fi is the commercial brand name for the IEEE 802.11 family of wireless communications standards. Smartphones that are Wi-Fi enabled adhere to the IEEE 802.11 standards when operating as a network client device.

Minka Aire publish an instruction manual on installation and use of the Minka Aire product. In that instruction manual, Minka Aire promotes the Bond Home app as being the appropriate app for use with the Minka Aire product. https://www.minka.com/images/instruction-manuals/F768L-English.pdf (last visited August 11, 2026)

# ENJOY YOUR SMART CEILING FAN

NOTE: Before moving on to learning about your new smart ceiling fan, please be sure to test all your fans functionalities using your remote control first.

To enjoy all the potential of your new ceiling fan. You'll need to dowload the BOND HOME app. Available on the Google and Apple Play Store.

You can use the QR code shown in (Fig. 32) to download the app, or you can download the app by visiting https: //bondhome_io / app and follow the prompts.

NOTE: Please turn to our "Troubleshooting section" for additional information on your Smart Ceiling Fan.

Instructions for setting up the Bond Home app are published on the www.bondhome.io website. Setup instructions detail how to establish a peer-to-peer wireless communications link between the Minka Aire product and a smartphone: https://olibra.zendesk.com/hc/en-us/articles/360055398992--APP-Setting-up-your-device-with-the-Bond-Home-application (last visited August 11, 2026) (The step-by-step setup instructions formerly available at this URL are now published at https://olibra.zendesk.com/hc/en-us/articles/360028125991--SBB-Smart-By-Bond-Set-Up-Guide, and are archived at https://web.archive.org/web/20250804194414/https://olibra.zendesk.com/hc/en-us/articles/360028125991--SBB-Smart-By-Bond-Set-Up-Guide (both last visited August 11, 2026).)

1. Open the BOND application.

2. If you already have a BOND account, simply log in and continue to the next step. If you do not have a BOND account press "Create account" and enter your name, email, and password.



3. Select **+** to add a device



4. If you have a QR on your product Select QR at the bottom.  This will bring you to step 7.

5. If not using the QR code, Select Ceiling Fan



6. Choose **Yes, my device is Smart by Bond**.



7. Select the Bond powered fan in the **Android** version.  The Fan id is the serial number for the fan and will start with the letter K.

    1. For **iOS** - go into Wifi settings and select the Bond Config WiFi (starts with K).
       (Note: When your iOS device is connected to the Bond Config WiFi network, it is normal for it to display a message indicating that there is "*no internet connection*.")

    2. Go back to the Bond Home application.



8. Once the BOND application connects to the fan, select **CONTINUE** to proceed.

1. If you are asked for a pin, please enter the 4-digit pin which may be located in the manual, or press and hold Power or stop on the associated remote for 6 seconds.



9. If there is a Firmware Update message, select Update to perform the update.

10. Test the fan functions.

1. You have the option to disable the light function if your fan does not have a light.



11. Select **YES, IT WORKS**.

The setup instructions at **Step 5** prompt a user to add a new device by selecting the type of device to be configured – being *"ceiling fan"*. **Step 7.1** directs a user to enter the smartphone's Wi-Fi settings and choose a specific Wi-Fi network to connect to: "*go into WiFi settings and select the Bond Config WiFi (starts with K*)". A smartphone configured as an IEEE 802.11 client will display available Wi-Fi access points. The available "*Bond Config WiFi*" network indicates that the microprocessor of the Minka Aire product has been configured to simulate a Wi-Fi network access point, allowing it to be discovered by a smartphone. By simulating a network access point, the Minka Aire product does not provide access to a local area network or the internet but allows the smartphone to establish a peer-to-peer wireless communications link with the Minka Aire product without using an intermediary. This is confirmed in **Step 7.1** which states "*When your iOS device is connected to the Bond Config WiFi network, it is normal for it to display a message indicating that there is "no internet connection"*". Connecting to the "*Bond Config WiFi*" network establishes a wireless peer-to-peer communications link between the smartphone and the Minka Aire product without using an intermediary.

**Step 8** further confirms the establishment of wireless peer-to-peer communications link without using an intermediary by stating: "*Once the BOND application connects to the fan, select CONTINUE to proceed*". **Step 10** prompts a user to "*test the fan functions*" to ensure that a wireless peer-to-peer communications link between the smartphone and Minka Aire product has been established: "*Try the controls below and check if your fan responds*". **Step 10** further indicates that a user should click the "*YES IT WORKS*" button if the user is able to toggle the light or fan on and off using the buttons on the Bond Home app. The ability to toggle the light or fan on and off after completion of the preceding process, and the requirement to confirm the same is possible, indicates the establishment of a wireless peer-to-peer communications link between the smartphone IEEE client device and Minka Aire product without using an intermediary that did not previously exist.