# <u>Exhibit I</u>

# to

# Kortek's Complaint for Patent Infringement

# Claim Chart for the '313 Patent

| US Patent No. 10,862,313 Exemplary Claim 1* | Ferguson Enterprises, LLC's Accused Products: F768L-BNW/CL, F768L-BNW/DK, F768L-BNW/NVY, F768L-LBR/WCD, F763L-DB/WTO, F763L-LBR/CL, F468L-CL, F468L-LBR/WHF, F468L-WHF, F668L-DB/WTO, F668L-LBR/WHF, F762L-BN/DK, F762L-CL/SSB, F762L-DB/WTO, F762L-LBR/CL, F763L-BN/DK, F763L-CL/SSB, F897L-BNW/CL, F897L-CL, F897L-WHF, F636L-BN/SL, F636L-CL , F636L-WHF, F638L-BN/SL, F638L-CL, F638L-WHF, F668L-LBR/CL, F692L-BN/SL, F692L-CL, F692L-WHF, F781L-BNW, F781L-WHF, F781L-CL, F782L-WHF, F754L-KA, F782L-CL, F754L-BNW, F868L-SBR/WHF, F678L-DK, F678L-WHF, F678L-GRY, F678L-CL, F742L-BNK, F865L-CL/SG, F865L-HBZ, F742L-SBR, F1001-CL, F803DL-CL, F803DL-TL, F803DL-WH, F803DL-DK, F803DL-LN, F803DL-MP, F864L-BNK, F864L-CL/SG, F864L-HBZ, F868L-BN, F868L-CL/CL, F868L-ORB, F868L-WHF, F870L-BS, F870L-ORB, F870L-TCL, F870L-TW, F465L-CL, F465L-ORB, F465L-WH, F467L-BNW, F467L-CL, F467L-ORB, F467L-WH, F742L-CL/SG, F771L-BN/SL, F771L-BN/WH, F754L-WHF, F747L-HBZ/MP, F747L-HBZ/AW, F747L-BN/CL, F1001-BN, F1001-BNK, F1001-HBZ, F1001-ORB, F1001-WH |
|---|---|

---

* Kortek provides this exemplary claim chart for the purposes of showing one basis of infringement of the Kortek Patents by Ferguson Enterprises, LLC's Accused Products as defined in the Complaint at ¶ 25. This

exemplary claim chart addresses the Accused Products broadly based on the fact that the Accused Products infringe in the same general way. Kortek reserves its right to amend and fully provide its infringement arguments and evidence thereof until its Infringement Contentions are later produced according to the court's Scheduling Order in this case. The Accused Products are offered for sale and sold by Ferguson Enterprises, LLC, including through its Ferguson Home e-commerce platform (formerly Build.com). See, e.g., https://www.fergusonhome.com/minkaaire-molino/s1761425 (Ferguson Home listing for the accused Minka-Aire Molino F742L-BNK Smart ceiling fan); https://www.fergusonhome.com/minkaaire-windmolen/s1636545 (accused F870L-BS); https://www.fergusonhome.com/minkaaire-barn/s1649357 (accused F864L-BNK) (each last visited August 11, 2026). Each Accused Product incorporates the same Olibra "Smart by Bond" Wi-Fi module and infringes in the same general way.

| US Patent # 10,862,313 Claim 1 | |
| --- | --- |
| A controller for controlling a light through a wireless communications link with a personal controller so as to control a supply of electricity to the light, the personal controller having a processor, a user interface, and a wireless communications transceiver, said controller comprising: | To the extent that the preamble is a limitation, Minka Aire Nauticus F768L-BNW/CL is a Wi-Fi ceiling fan that contains a controller for controlling a light: https://d11ijat5yj4icx.cloudfront.net/product_specs/f768l-bnw-cl.pdf?v=1771464186 (last visited August 11, 2026) Minka Aire state that the Minka Aire product is Wi-Fi enabled: https://www.minka.com/F768L-BNW/CL.html (last visited August 11, 2026) |

## SMART FAN FEATURES
No Hub Required * No hardware to install
WiFi Enabled * Controls lights & fan speeds
Control as many fans as you need
Full control away from home



Easy to use
iOS & Android App

Wi-Fi is a wireless communications technology used to form a wireless communications link.

The Minka Aire product contains a light: https://d11ijat5yj4icx.cloudfront.net/product_specs/f768l-bnw-cl.pdf?v=1771464186 (last visited August 11, 2026)

## LAMPING

| Light Type 1: | LED |
| --- | --- |
| LED: | Yes |
| Bulb Base 1: | Integrated |
| Bulb Type 1: | Integrated LED |
| Bulb Included: | No |
| Bulb Wattage: | 20 |
| Bulb Total Wattage: | 20 |
| Dimmable: | Yes |
| Voltage: | 120 |
| Initial Lumens: | 1607.1 |
| Delivered Lumens: | 1253.8 |
| Bulb Color Temperature: | 3000 |
| Color Rendering Index: | 90 |
| Rated Life Hours: | 30000 |
| Light Kit Compatible: | No |
| Light Kit Included: | Yes |

The Minka Aire product contains a receiver: https://www.minka.com/images/instruction-manuals/F768L-English.pdf (last visited August 11, 2026)

Step 1: Insert the receiver unit into the hanger bracket with the flat side of the receiver facing the ceiling.(Fig.14)
Step 2: Motor to Receiver electrical connections: connect the WHITE wire from the fan to the WHITE wire from receiver. Connect the RED wire from the fan to the RED wire from the Receiver. Connector the BLUE wire from the fan to the BLUE wire from the receiver. Connect the PURPLE wire from the fan to the PURPLE wire from the receiver. Connect the GREY wire from the fan to the GREY wire from the receiver.(Fig.15)
Step 3: If your outlet box has a GROUND wire (Green or Bare Copper) connect this wire to the Hanger ball, Hanger bracket and receiver Ground wires. If your outlet box does not have a Ground Wire ,then connect the Hanger ball, Hanger bracket and receiver Ground wire together.Secure wire connection with the plastic wire nut provided.(Fig.15)
Step 4: Receiver to House Supply Wires Electrical connections: Connect the WHITE wire from the outlet box to the WHITE wire marked "AC in N" from the receiver. Connect the BLACK wire from the outlet box to the BLACK wire marked "AC in L" from the receiver. Secure all wire connections with the plastic wire nuts provided. After all splices are made, check to make sure there are no loose strands. As an additional precaution we suggest to secure the plastic wire connectors to the wires with electrical tape.(Fig.15)
WARNING: Changes or modifications not expressly approved by the party responsible for compliance could viod the user's authority to operate the equipment.



Fig.14



Fig.15

## 8 ) INSTALLING THE LIGHT KIT / INSTALLING THE SHADE

**NOTE: Before starting installation, make sure power is turned off at the circuit breaker.**

Step 1: Remove 1 of 3 screws on light kit adapter (Do not discard) and loosen the other 2 screws.(Fig. 21)

Step 2: Slide the light kit plate up towards the light kit adapter and place the key holes over the screws on the light kit adapter. Turn light kit plate until it locks in place at the narrow section of key holes.(Fig. 22)

Step 3: Align the round hole of the light kit plate with light kit adapter,tighten the previously loosened and removed screws at step 1. (Fig. 23)

Step 4: Remove the 3 screws from light kit plate (Do not discard) and connect the wires between the fan and LED assembly with the connectors.(Fig. 24&25)

Step 5: Tighten the LED assembly to light kit plate with previously removed 3 screws at step 4. (Fig. 26)

Step 6: Have the PC shade sit in the glass shade and then align the slot of the glass shade with the block on the light kit plate. Turn it clockwise until it stops at the end. (Fig. 27)

Step 7: Remove the 4 screws from the light kit plate (Do not discard). (Fig 28)

Step 8: Assemble the decorative frame to the light kit plate using the screws removed at step 7. Do not tighten each screw individually. First, install all four screws and then tighten them simultaneously.( Fig.29)

Receivers are controllers that control lights: https://britelighting.co.za/blogs/news/how-to-make-your-ceiling-fan-remote-control-operated. (last visited August 11, 2026)

The ceiling fan receiver then decodes the signal and sends the corresponding signal to the ceiling fan by allowing the current from the supply line to enter the appropriate output wire or preventing that current from passing through. The ceiling fan reacts and causes the blades to rotate or stop. If the fan has a light, the receiver can also send a signal to turn it on or off.

Minka Aire indicate that the Minka Aire product can be controlled using a smartphone: https://www.minka.com/minka-aire/ (last visited August 11, 2026)



The image depicts a smartphone configured with the app used to control the Minka Aire product.

Minka Aire publish an instruction manual on installation and use of the Minka Aire product. In that instruction manual, Minka Aire promotes the Bond Home app as being the appropriate app for use with the Minka Aire product. Minka Aire further state that the Bond Home app is available "o*n the Google and Apple Play Store*": https://www.minka.com/images/instruction-manuals/F768L-English.pdf (last visited August 11, 2026)

## ENJOY YOUR SMART CEILING FAN

NOTE: Before moving on to learning about your new smart ceiling fan, please be sure to test all your fans functionalities using your remote control first.

To enjoy all the potential of your new ceiling fan. You'll need to dowload the BOND HOME app. Available on the Google and Apple Play Store.

You can use the QR code shown in (Fig. 32) to download the app, or you can download the app by visiting https: //bondhome_io / app and follow the prompts.

NOTE: Please turn to our "Troubleshooting section" for additional information on your Smart Ceiling Fan.

Apps available on Apple Store and Google Play are installed on mobile devices using an iOS or Android operating system. Mobile devices capable of running iOS or Android are commonly referred to as smartphones or tablets. Smartphones, tablets and other similar devices are personal controllers that have a processor, user interface, and wireless communications transceiver.

Minka Aire indicate that a smartphone configured with the Bond Home app can control the Minka Aire product: "*Controls lights & fan speeds*": https://www.minka.com/F768L-BNW/CL.html (last visited August 11, 2026)

### SMART FAN FEATURES
No Hub Required * No hardware to install
WiFi Enabled * Controls lights & fan speeds
Control as many fans as you need
Full control away from home



Easy to use
iOS & Android App

A smartphone configured with the Bond Home app can control the Minka Aire product's light on/off and brightness: https://play.google.com/store/apps/details?id=io.olibra.bondapp&hl=en_US (last visited August 11, 2026)

The image depicts a smartphone configured with the Bond Home app used to control the Minka Aire product. In order to turn the Minka Aire product's light on/off or vary its brightness with a smartphone, the Minka Aire product must be configured to control the supply of electricity to the light.

In order to control the Minka Aire product from a smartphone using the Bond Home app, the Minka Aire product must be configured to communicate with the smartphone through a wireless communications link.

| | |
|---|---|
| a wireless control module operable for wireless communication with the personal controller, said wireless control module including an aerial, a radio transceiver, and a microcontroller, | The Minka Aire product includes a wireless control module operable for wireless communication with the personal controller. The absence of a wireless control module would render the Minka Aire product incapable of communicating with a smartphone wirelessly.<br><br>Minka Aire product is a smart ceiling fan:<br>https://d11ijat5yj4icx.cloudfront.net/product_specs/f768l-bnw-cl.pdf?v=1771464186 (last visited August 11, 2026)<br><br>### Nauticus 65" LED Smart Indoor/Outdoor Ceiling Fan<br><br> Integrated SmartControl<br><br> Bond Compatible<br><br> LED<br><br> Energy Efficient<br><br>| Item #: | F768L-BNW/CL |<br>| UPC Code: | 706411071706 |<br>| Collection: | Nauticus |<br>| Category: | Fan |<br>| Product Type: | Fan |<br>| Subtype: | Ceiling Fan |<br>| Descriptive Finish 1: | Brushed Nickel Wet With Coal Blades |<br>| ETL Certificate: | 3064964 |<br>| FCC ID: | Y7ZDL8101T |<br>| Warranty Text: | 1 year–limited manufacturer's warranty. |<br><br>Minka Aire state that the Minka Aire product is Wi-Fi enabled:<br>https://www.minka.com/F768L-BNW/CL.html (last visited August 11, 2026)<br><br>**SMART FAN FEATURES**<br>No Hub Required * No hardware to install<br>WiFi Enabled * Controls lights & fan speeds<br>Control as many fans as you need<br>Full control away from home<br><br>Easy to use<br>iOS & Android App<br><br>Wi-Fi is a wireless communications technology. In order to communicate using Wi-Fi, the Minka Aire product must contain an aerial, a radio transceiver and a microcontroller. The absence of these would render the product incapable of communicating via Wi-Fi.<br><br>Minka Aire indicate that the Minka Aire product can be controlled using a smartphone:<br>https://www.minka.com/minka-aire/ (last visited August 11, 2026) |



The image depicts a smartphone configured with the app used to control the Minka Aire product. In order for a smartphone to communicate with the Minka Aire product wirelessly, the Minka Aire product must be configured with a wireless control module.

An aerial and radio transceiver are essential for Wi-Fi communications: (https://web.archive.org/web/20240710014252/https://computer.howstuffworks.com/wireless-network.htm (last visited August 11, 2026) (formerly available at https://computer.howstuffworks.com/wireless-network1.htm (last visited August 11, 2026))):

# How WiFi Works

      BY **MARSHALL BRAIN, TRACY V. WILSON & BERNADETTE JOHNSON**

## What Is WiFi?

 

A wireless network uses radio waves, just like cell phones, televisions and radios do. In fact, communication across a wireless network is a lot like two-way radio communication. Here's what happens:

1. A computer's wireless adapter translates data into a radio signal and transmits it using an antenna.
2. A wireless router receives the signal and decodes it. The router sends the information to the Internet using a physical, wired Ethernet connection.

The process also works in reverse, with the router receiving information from the Internet, translating it into a radio signal and sending it to the computer's wireless adapter.

| | |
|---|---|
| said microcontroller being configured in a first mode to operate said wireless control module using a peer-to-peer communications | The Minka Aire product includes a microcontroller configured in a first mode to operate its wireless control module using a peer-to-peer communications standard to communicate with a smartphone (personal controller).<br><br>Minka Aire publish an instruction manual on installation and use of the Minka Aire product. In that instruction manual, Minka Aire promotes the Bond Home app as being the appropriate app for use with the Minka Aire product. https://www.minka.com/images/instruction-manuals/F768L-English.pdf |

| | |
|---|---|
| standard to communicate with the personal controller, | (last visited August 11, 2026)<br><br>**ENJOY YOUR SMART CEILING FAN**<br><br>NOTE: Before moving on to learning about your new smart ceiling fan, please be sure to test all your fans functionalities using your remote control first.<br><br>To enjoy all the potential of your new ceiling fan. You'll need to dowload the BOND HOME app. Available on the Google and Apple Play Store.<br><br>You can use the QR code shown in (Fig. 32) to download the app, or you can download the app by visiting https: //bondhome_io / app and follow the prompts.<br><br>NOTE: Please turn to our "Troubleshooting section" for additional information on your Smart Ceiling Fan.<br><br>Instructions for setting up the Bond Home app are published on the www.bondhome.io website. Setup instructions detail how to establish a peer-to-peer communications link between the Minka Aire product and a smartphone: https://olibra.zendesk.com/hc/en-us/articles/360055398992--APP-Setting-up-your-device-with-the-Bond-Home-application (last visited August 11, 2026) (The step-by-step setup instructions formerly available at this URL are now published at https://olibra.zendesk.com/hc/en-us/articles/360028125991--SBB-Smart-By-Bond-Set-Up-Guide, and are archived at https://web.archive.org/web/20250804194414/https://olibra.zendesk.com/hc/en-us/articles/360028125991--SBB-Smart-By-Bond-Set-Up-Guide (both last visited August 11, 2026).)<br><br>1. Open the BOND application.<br><br>2. If you already have a BOND account, simply log in and continue to the next step. If you do not have a BOND account press "Create account" and enter your name, email, and password.<br><br> |

3. Select **+** to add a device



4. If you have a QR on your product Select QR at the bottom.  This will bring you to step 7.

5. If not using the QR code, Select Ceiling Fan



6. Choose **Yes, my device is Smart by Bond**.



7. Select the Bond powered fan in the **Android** version.  The Fan id is the serial number for the fan and will start with the letter K.

   1. For **iOS** - go into Wifi settings and select the Bond Config WiFi (starts with K).
      (Note: When your iOS device is connected to the Bond Config WiFi network, it is normal for it to display a message indicating that there is "*no internet connection*.")

   2. Go back to the Bond Home application.



8. Once the BOND application connects to the fan, select **CONTINUE** to proceed.

   1. If you are asked for a pin, please enter the 4-digit pin which may be located in the manual, or press and hold Power or stop on the associated remote for 6 seconds.



9. If there is a Firmware Update message, select Update to perform the update.

10. Test the fan functions.

   1. You have the option to disable the light function if your fan does not have a light.



11. Select **YES, IT WORKS**.

<table>
<tr>
<td></td>
<td>

The setup instructions at **Step 5** prompt a user to add a new device by selecting the type of device to be configured – being  "*ceiling fan*". **Step 7.1** directs a user to enter the smartphone's Wi-Fi settings and choose a specific Wi-Fi network to connect to: "*go into WiFi settings and select the Bond Config WiFi (starts with K)*". The available "*Bond Config WiFi*" network indicates that the microcontroller of the Minka Aire product has been configured to allow the smartphone to establish a peer-to-peer communications link with the Minka Aire product without using an intermediary. Connecting to the "*Bond Config WiFi*" network establishes a peer-to-peer link between the smartphone and the Minka Aire product without using an intermediary. This is confirmed in **Step 7.1** which states "*When your iOS device is connected to the Bond Config WiFi network, it is normal for it to display a message indicating that there is "no internet connection"*".  Kortek contends that a "peer-to-peer communications standard" is not limited to Wi-Fi Direct and includes any direct, router-free wireless association between the smartphone and the Minka Aire product, such as the smartphone's direct connection to the product's own broadcast "Bond Config" network without any intermediary access point or router.

**Step 8** further confirms the establishment of peer-to-peer communications link without using an intermediary by stating: "*Once the BOND application connects to the fan, select CONTINUE to proceed*". **Step 10** prompts a user to "*test the fan functions*" to ensure that a peer-to-peer link between the smartphone and Minka Aire product has been established: "*Try the controls below and check if your fan responds*". **Step 10** further indicates that a user should click the "*YES IT WORKS*" button if the user is able to toggle the light or fan on and off using the buttons on the Bond Home app. The ability to toggle the light or fan on and off after completion of the preceding process, and the requirement to confirm the same is possible, indicates the establishment of a peer-to-peer communications link that did not previously exist.  Step 10 likewise confirms control of the light: the user may "toggle the light or fan on and off" using the Bond Home app.

Minka Aire state that the Minka Aire product does not require a hub to operate: "No Hub Required": https://www.minka.com/F768L-BNW/CL.html (last visited August 11, 2026)



</td>
</tr>
<tr>
<td>

said microcontroller being configured in a second mode to operate said wireless control module using a non-peer-to-peer communications standard to communicate with a network access point in a WLAN,

</td>
<td>

The microcontroller in the Minka Aire product is configured in a second mode to operate its wireless control module using a non-peer-to-peer communications standard to communicate with a network access point in a WLAN.

Instructions for setting up the Bond Home app are published on the www.bondhome.io website. Setup instructions detail how to establish a non peer-to-peer communications link with a network access point in a WLAN: https://olibra.zendesk.com/hc/en-us/articles/360055398992--APP-Setting-up-your-device-with-the-Bond-Home-application (last visited August 11, 2026) (The step-by-step setup instructions formerly available at this URL are now published at https://olibra.zendesk.com/hc/en-us/articles/360028125991--SBB-Smart-By-Bond-Set-Up-Guide, and are archived at https://web.archive.org/web/20250804194414/https://olibra.zendesk.com/hc/en-us/articles/360028125991--SBB-Smart-By-Bond-Set-Up-Guide (both last visited August 11, 2026).)

</td>
</tr>
</table>

1. Open the BOND application.

2. If you already have a BOND account, simply log in and continue to the next step. If you do not have a BOND account press "Create account" and enter your name, email, and password.



3. Select **+** to add a device



4. If you have a QR on your product Select QR at the bottom.  This will bring you to step 7.

5. If not using the QR code, Select Ceiling Fan



6. Choose **Yes, my device is Smart by Bond**.



7. Select the Bond powered fan in the **Android** version.  The Fan id is the serial number for the fan and will start with the letter K.

  1. For **iOS** - go into Wifi settings and select the Bond Config WiFi (starts with K).
    (Note: When your iOS device is connected to the Bond Config WiFi network, it is normal for it to display a message indicating that there is "*no internet connection*.")

  2. Go back to the Bond Home application.



8. Once the BOND application connects to the fan, select **CONTINUE** to proceed.

   1. If you are asked for a pin, please enter the 4-digit pin which may be located in the manual, or press and hold Power or stop on the associated remote for 6 seconds.



10. Test the fan functions.

   1. You have the option to disable the light function if your fan does not have a light.



11. Select **YES, IT WORKS**.

12. Specific information about your fan

1. Select **Location** and choose from one of the predefined entries or add your own by selecting OTHER. When finished select Save.

2. Select **Device Name** and enter the name for your device. When finished select OK to save.

1. Please note that this name will be used for integrations so a simple easy to remember name is best.

3. Select a region if none is displayed.

1. This is important for using schedules.

13. Select **Continue**.



14. Select the WiFi network you would like to connect the SBB to.

15. Enter the WiFi password and select **OK**.

16. If there is an issue with the connection, wrong password entered. You will receive an error message. Please select **OK, I've Got it**.



1. Start the set up process again by choosing **+**.

2. You will start the setup process again.

17. Once the connection is made, please select **DONE**.

18. If the SBB fan is not displayed in the BOND application, please swipe down to refresh.



| | |
|---|---|
| | **Steps 14** and **15** (inclusive) detail a 'handoff procedure' used to connect the Minka Aire product to an access point in a user's WLAN. Instructions prompt at **Step 14** to select the access point in a user's WLAN to which the Minka Aire product will connect: "*Select the WiFi network you would like to connect the SBB [Smart By Bond] to*". **Step 15** prompts a user to enter the password to the access point selected in **Step 14** and select "*OK*". **Step 17** states "*Once the connection is made, please select DONE*", indicating the establishment of a connection to the access point in a user's WLAN chosen in **Step 14** that previously did not exist and was made possible by the handoff procedure.<br><br>Performing the tasks outlined in the setup procedure instructs the microcontroller of the Minka Aire product to operate in a second mode using the wireless control module to connect to the chosen network access point in a users WLAN. When connected to a user's network access point, the Minka Aire product operates as a network client. When operating as a network client, the Minka Aire product is configured to communicate with the access point, router and other devices using a non-peer-to-peer communications standard.<br><br>Minka Aire indicate that the Minka Aire product can vary the supply of electricity to the fan motor and light when the smartphone and app are not in close proximity to the Minka Aire product: "*Full control away from home*": https://www.minka.com/F768L-BNW/CL.html (last visited August 11, 2026)<br><br><br><br>In order to communicate remotely with the Minka Aire product connected to a network access point in a WLAN, the Minka Aire product must be configured to communicate using a non-peer-to-peer communications standard. |
| said microcontroller being configured to change from the first mode to the second mode upon receiving instructions from the personal controller for said radio transceiver to operate in the second mode; and | The microcontroller of the Minka Aire product is configured to change from the first mode to the second mode upon receiving instructions from the personal controller for said radio transceiver to operate in the second mode.<br><br>Instructions for setting up the Bond Home app are published on the www.bondhome.io website. Setup instructions detail how to change the Minka Aire product from a first mode to a second mode through a procedure executed using a smartphone: https://olibra.zendesk.com/hc/en-us/articles/360055398992--APP-Setting-up-your-device-with-the-Bond-Home-application (last visited August 11, 2026) (The step-by-step setup instructions formerly available at this URL are now published at https://olibra.zendesk.com/hc/en-us/articles/360028125991--SBB-Smart-By-Bond-Set-Up-Guide, and are archived at https://web.archive.org/web/20250804194414/https://olibra.zendesk.com/hc/en-us/articles/360028125991--SBB-Smart-By-Bond-Set-Up-Guide (both last visited August 11, 2026).) |

1. Open the BOND application.

2. If you already have a BOND account, simply log in and continue to the next step. If you do not have a BOND account press "Create account" and enter your name, email, and password.



3. Select **+** to add a device



4. If you have a QR on your product Select QR at the bottom. This will bring you to step 7.

5. If not using the QR code, Select Ceiling Fan



6. Choose **Yes, my device is Smart by Bond**.



7. Select the Bond powered fan in the **Android** version.  The Fan id is the serial number for the fan and will start with the letter K.

   1. For **iOS** - go into Wifi settings and select the Bond Config WiFi (starts with K).
      (Note: When your iOS device is connected to the Bond Config WiFi network, it is normal for it to display a message indicating that there is "*no internet connection*.")

   2. Go back to the Bond Home application.



8. Once the BOND application connects to the fan, select **CONTINUE** to proceed.

   1. If you are asked for a pin, please enter the 4-digit pin which may be located in the manual, or press and hold Power or stop on the associated remote for 6 seconds.



10. Test the fan functions.

   1. You have the option to disable the light function if your fan does not have a light.



11. Select **YES, IT WORKS**.

12. Specific information about your fan

  1. Select **Location** and choose from one of the predefined entries or add your own by selecting OTHER. When finished select Save.

  2. Select **Device Name** and enter the name for your device. When finished select OK to save.

    1. Please note that this name will be used for integrations so a simple easy to remember name is best.

  3. Select a region if none is displayed.

    1. This is important for using schedules.

13. Select **Continue**.



14. Select the WiFi network you would like to connect the SBB to.

15. Enter the WiFi password and select **OK**.

16. If there is an issue with the connection, wrong password entered. You will receive an error message. Please select **OK, I've Got it**.



1. Start the set up process again by choosing **+**.

2. You will start the setup process again.

17. Once the connection is made, please select **DONE**.

18. If the SBB fan is not displayed in the BOND application, please swipe down to refresh.



| | |
|---|---|
| | Instructions prompt at **Step 14** to select the access point in a user's WLAN to which the Minka Aire product will connect: "*Select the WiFi network you would like to connect the SBB [Smart By Bond] to*". **Step 15** prompts a user to enter the password to the access point selected in **Step 14** and select "*OK*". Completing **Step 14** and **Step 15** causes the smartphone configured with the Bond Home app to initiate a 'handoff procedure' instructing the microcontroller of the Minka Aire product to swap from a first mode of communications to a second mode and connect to the access point in a user's WLAN chosen in **Step 14**.<br><br> **Step 17** states "*Once the connection is made, please select DONE*", indicating the establishment of a connection to the access point in a user's WLAN chosen in **Step 14** that previously did not exist and was made possible by the handoff procedure initiated by the smartphone.<br><br>When connected to a user's network access point, the Minka Aire product operates as a network client. When operating as a network client, the Minka Aire product communicates with the access point, router and other devices through its radio transceiver using a non-peer-to-peer communications standard. |
| a power control circuit configured to vary the supply of electricity to the light based at least in part on instructions communicated from the personal controller through said wireless control module. | The Minka Aire product has a power control circuit configured to vary the supply of electricity to the light based at least in part on instructions communicated from the smartphone (personal controller) through a wireless control module.<br><br>Minka Aire product is a smart ceiling fan:<br>https://d11ijat5yj4icx.cloudfront.net/product_specs/f768l-bnw-cl.pdf?v=1771464186 (last visited August 11, 2026)<br><br>## Nauticus 65" LED Smart Indoor/Outdoor Ceiling Fan<br><br>Integrated SmartControl<br>Bond Compatible<br>LED<br>Energy Efficient<br><br>Item #: F768L-BNW/CL<br>UPC Code: 706411071706<br>Collection: Nauticus<br>Category: Fan<br>Product Type: Fan<br>Subtype: Ceiling Fan<br>Descriptive Finish 1: Brushed Nickel Wet With Coal Blades<br>ETL Certificate: 3064964<br>FCC ID: Y7ZDL8101T<br>Warranty Text: 1 year–limited manufacturer's warranty.<br><br>The Minka Aire product contains a receiver and lights:<br>https://www.minka.com/images/instruction-manuals/F768L-English.pdf (last visited August 11, 2026) |

Step 1: Insert the receiver unit into the hanger bracket with the flat side of the receiver facing the ceiling.(Fig.14)

Step 2: Motor to Receiver electrical connections: connect the WHITE wire from the fan to the WHITE wire from receiver. Connect the RED wire from the fan to the RED wire from the Receiver. Connector the BLUE wire from the fan to the BLUE wire from the receiver. Connect the PURPLE wire from the fan to the PURPLE wire from the receiver. Connect the GREY wire from the fan to the GREY wire from the receiver.(Fig.15)

Step 3: If your outlet box has a GROUND wire (Green or Bare Copper) connect this wire to the Hanger ball, Hanger bracket and receiver Ground wires. If your outlet box does not have a Ground Wire ,then connect the Hanger ball, Hanger bracket and receiver Ground wire together. Secure wire connection with the plastic wire nut provided.(Fig.15)

Step 4: Receiver to House Supply Wires Electrical connections: Connect the WHITE wire from the outlet box to the WHITE wire marked "AC in N" from the receiver. Connect the BLACK wire from the outlet box to the BLACK wire marked "AC in L" from the receiver. Secure all wire connections with the plastic wire nuts provided. After all splices are made, check to make sure there are no loose strands. As an additional precaution we suggest to secure the plastic wire connectors to the wires with electrical tape.(Fig.15)

WARNING: Changes or modifications not expressly approved by the party responsible for compliance could viod the user's authority to operate the equipment.


Fig.14


Fig.15

## 8 ) INSTALLING THE LIGHT KIT / INSTALLING THE SHADE

NOTE: Before starting installation, make sure power is turned off at the circuit breaker.

Step 1: Remove 1 of 3 screws on light kit adapter (Do not discard) and loosen the other 2 screws.(Fig. 21)

Step 2: Slide the light kit plate up towards the light kit adapter and place the key holes over the screws on the light kit adapter. Turn light kit plate until it locks in place at the narrow section of key holes.(Fig. 22)

Step 3: Align the round hole of the light kit plate with light kit adapter,tighten the previously loosened and removed screws at step 1. (Fig. 23)

Step 4: Remove the 3 screws from light kit plate (Do not discard) and connect the wires between the fan and LED assembly with the connectors.(Fig. 24&25)

Step 5: Tighten the LED assembly to light kit plate with previously removed 3 screws at step 4. (Fig. 26)

Step 6: Have the PC shade sit in the glass shade and then align the slot of the glass shade with the block on the light kit plate. Turn it clockwise until it stops at the end. (Fig. 27)

Step 7: Remove the 4 screws from the light kit plate (Do not discard). (Fig 28)

Step 8: Assemble the decorative frame to the light kit plate using the screws removed at step 7. Do not tighten each screw individually. First, install all four screws and then tighten them simultaneously.( Fig.29)

Receivers are controllers that contain power control circuits to control the supply of electricity to lights: https://britelighting.co.za/blogs/news/how-to-make-your-ceiling-fan-remote-control-operated. (last visited August 11, 2026)

The ceiling fan receiver then decodes the signal and sends the corresponding signal to the ceiling fan by allowing the current from the supply line to enter the appropriate output wire or preventing that current from passing through. The ceiling fan reacts and causes the blades to rotate or stop. If the fan has a light, the receiver can also send a signal to turn it on or off.

Minka Aire publish an instruction manual on installation and use of the Minka Aire product. In that instruction manual, Minka Aire promotes the Bond Home app as being the appropriate app for use with the Minka Aire product": https://www.minka.com/images/instruction-manuals/F768L-English.pdf (last visited August 11, 2026)

## ENJOY YOUR SMART CEILING FAN

NOTE: Before moving on to learning about your new smart ceiling fan, please be sure to test all your fans functionalities using your remote control first.

To enjoy all the potential of your new ceiling fan. You'll need to dowload the BOND HOME app. Available on the Google and Apple Play Store.

You can use the QR code shown in (Fig. 32) to download the app, or you can download the app by visiting https: //bondhome_io / app and follow the prompts.

NOTE: Please turn to our "Troubleshooting section" for additional information on your Smart Ceiling Fan.

Minka Aire indicate that a smartphone configured with the Bond Home app can control the Minka Aire product: "*Controls lights & fan speeds*": https://www.minka.com/F768L-BNW/CL.html (last

visited August 11, 2026)

**SMART FAN FEATURES**
No Hub Required * No hardware to install
WiFi Enabled * Controls lights & fan speeds
Control as many fans as you need
Full control away from home



Easy to use
iOS & Android App

A smartphone configured with the Bond Home app can control the Minka Aire product's light on/off and brightness: https://play.google.com/store/apps/details?id=io.olibra.bondapp&hl=en_US (last visited August 11, 2026)



The image depicts a smartphone configured with the Bond Home app used to control the Minka Aire product. In order for the Minka Aire product to execute instructions received from a smartphone to turn on/off the light, the power control circuit of the Minka Aire product must be configured to vary the supply of electricity to the light based at least in part on instructions communicated from the smartphone wirelessly to the Minka Aire product.

| | In order to provide the ability to control the light using a smartphone configured with the Bond Home app, the Minka Aire product must be capable of receiving instructions through a wireless control module from a users smartphone communicating wirelessly. |
| --- | --- |