**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| KORTEK INDUSTRIES PTY. LTD.,<br><br>Plaintiff,<br><br>v.<br><br>FERGUSON ENTERPRISES, LLC<br><br>Defendant. | CIVIL ACTION NO. 2:26-cv-00680-JRG<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT FERGUSON ENTERPRISES, LLC'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Ferguson Enterprises, LLC ("Ferguson") states that it is a Virginia limited liability company, which is 100% owned by Ferguson US Holdings, Inc., a Virginia corporation. Ferguson US Holdings, Inc. is 100% owned by Ferguson UK Holdings Limited, a company organized under the laws of England and Wales. Ferguson UK Holdings Limited is a wholly owned subsidiary of Ferguson (Delaware) Inc., a Delaware corporation. Ferguson (Delaware) Inc. is a wholly owned subsidiary of Ferguson Enterprises Inc., a Delaware corporation which is publicly traded on the New York Stock Exchange. No other publicly held corporation owns 10% or more of Ferguson Enterprises, LLC.

Dated: November 18, 2026

Respectfully submitted,

*<u>/s/ Eric H. Findlay</u>*
Eric H. Findlay (TX Bar No. 00789886)
FINDLAY CRAFT, P.C.
7270 Crosswater Avenue, Suite B
Tyler, Texas 75703
Tel: (903) 534-1100
Fax: (903) 534-1137
Email: efindlay@findlaycraft.com

***Counsel for Defendant Ferguson Enterprises, LLC***

**CERTIFICATE OF SERVICE**

Pursuant to Local Rule CV-5(c), I hereby certify that on the 18th day of November, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record in this matter.

/s/ *Eric H. Findlay*
Eric H. Findlay